**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02958-WJM

HUDSON LUIS COSTA,

     Petitioner,

v.

TODD BLANCHE, Acting U.S. Attorney General,
DAREN K. MARGOLIN, Director, Executive Office for Immigration Review,
MARKWAYNE MULLIN, Secretary, Department of Homeland Security,
TODD LYONS, Acting Director, Director, United States Immigration Customs Enforcement,
KELEI WALKER, Acting ICE Field Office Director, Denver, United States Immigration Customs Enforcement, and
JUAN BALTAZAR, Warden, Denver Contract Detention Facility,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the [ECF 8] Order Granting Petition for Writ of Habeas Corpus entered by United States District Judge William J. Martinez on July 15, 2026, it is

ORDERED that the Court's [ECF 5] Order to Show Cause is MADE ABSOLUTE and Petitioner's [ECF 1] First Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 is GRANTED. It is further

ORDERED that Petitioner shall have his costs in compliance with Local Rule 54.1. It is further

ORDERED that should the Petitioner believe he has a good faith basis to seek attorney fees pursuant to the Equal Access to Justice Act, he is GRANTED leave to file

a motion seeking same.

This case will be closed.

DATED at Denver, Colorado, this 29th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: _____
H. Guerra, Deputy Clerk